# EXHIBIT A



**Your Missouri Courts** .net

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print

GrantedPublicAccess Logoff GSILVABSCR

20CD-CV00313 - A PORTERFIELD ET AL V DANBY PRODUCTS, IN ET AL (E-CASE)

| Case FV Index | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**04/20/2021** ☐ **Corporation Served**

Document ID - 21-SMCC-96; Served To - LOWE'S HOME CENTERS, LLC; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 14-APR-21; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO SHELLEY LEWIS - DESIGNEE

☐ **Corporation Served**

Document ID - 21-SMCC-95; Served To - LF, LLC; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 14-APR-21; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO SHELLEY LEWIS - DESIGNEE

☐ **Corporation Served**

Document ID - 21-SMCC-88; Served To - DANBY PRODUCTS, INC.; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 14-APR-21; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED TO SHELLEY LEWIS - DESIGNEE

**04/07/2021** ☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-96, for LOWE'S HOME CENTERS, LLC. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-95, for LF, LLC. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-94, for JOHN DOE MANUFACTURER. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-93, for ESSICK AIR PRODUCTS, INC.. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-92, for LOVE STAR INDUSTRIAL CO.. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-91, for KAIPING NEW WIDETECH ELECTRIC CO., LTD.. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-90, for NEW WIDETECH INDUSTRIES CO, LTD.. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-89, for DANBY PRODUCTS LIMITED. - ALIAS

☐ **Summons Issued-Circuit**

Document ID: 21-SMCC-88, for DANBY PRODUCTS, INC.. - ALIAS

☐ **Request for Alias Summons**

Corr. to Clerk; Electronic Filing Certificate of Service.
　　**Filed By:** RANDALL JOHN REICHARD
　　On Behalf Of: ANDREW RYAN PORTERFIELD, CASSONDRA PORTERFIELD

**08/10/2020** ☐ **Entry of Appearance Filed**

Entry of Appearance as Co-Counsel for Plaintiffs; Electronic Filing Certificate of Service.
**Filed By:** KORY DOUGLAS STUBBLEFIELD
**On Behalf Of:** ANDREW RYAN PORTERFIELD, CASSANDRA D PORTERFIELD

**08/06/2020** ☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-194, for LOWE'S HOME CENTERS, LLC.

☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-193, for LF, LLC.

☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-192, for JOHN DOE MANUFACTURER.

☐ **Summons Issued-Circuit**

Document ID: 20-SMOS-27, for ESSICK AIR PRODUCTS, INC..

☐ **Summons Issued-Circuit**

Document ID: 20-SMOS-26, for LOVE STAR INDUSTRIAL CO..

☐ **Summons Issued-Circuit**

Document ID: 20-SMOS-25, for KAIPING NEW WIDETECH ELECTRIC CO., LTD..

☐ **Summons Issued-Circuit**

Document ID: 20-SMOS-24, for NEW WIDETECH INDUSTRIES CO, LTD..

☐ **Summons Issued-Circuit**

Document ID: 20-SMOS-23, for DANBY PRODUCTS LIMITED.

☐ **Summons Issued-Circuit**

Document ID: 20-SMCC-191, for DANBY PRODUCTS, INC..

**08/05/2020** ☐ **Filing Info Sheet eFiling**

**Filed By:** RANDALL JOHN REICHARD

☐ **Pet Filed in Circuit Ct**

Petition.
**On Behalf Of:** ANDREW RYAN PORTERFIELD, CASSANDRA D PORTERFIELD

☐ **Judge Assigned**

Electronically Filed - Cedar - August 05, 2020 - 03:12 PM

**IN THE CIRCUIT COURT OF CEDAR COUNTY, MISSOURI**

| | | |
|---|---|---|
| ANDREW AND CASSANDRA PORTERFIELD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. _____ |
| DANBY PRODUCTS INC., | ) | |
| ***Serve Registered Agent:*** | ) | |
| CSC-LAWYERS INCORPORATING | ) | |
| SERVICE COMPANY | ) | |
| 221 BOLIVAR | ) | |
| JEFFERSON CITY, MO 65101 | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| DANBY PRODUCTS LIMITED, | ) | |
| ***Serve:*** | ) | |
| 5070 WHITELAW RD | ) | |
| GUELPH, ONTARIO | ) | |
| N1H 6Z9, CANADA | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| NEW WIDETECH INDUSTRIES | ) | |
| CO., LTD. | ) | |
| ***Serve:*** | ) | |
| 3F-2 NO 502 YUAN SHAN ROAD | ) | |
| CHUNG HO CITY, TAIPEI, | ) | |
| TAIWAN (235) | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| KAIPING NEW WIDETECH | ) | |
| ELECTRIC CO., LTD. | ) | |
| ***Serve:*** | ) | |
| FIRST BUILDING NO. 40 | ) | |
| XING DA ROAD, | ) | |
| SHUIKOU TOWN, KAIPING CITY, | ) | |
| GUANGDONG, CHINA | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| LOVE STAR INDUSTRIAL CO. | ) | |

1

*Serve:*                                       )
FLAT F 19/F GOLD KING IND.                     )
BLDG. 34-41                                    )
TAI LIN PAI RD., N. T. HONG KONG               )
                                               )
AND                                            )
                                               )
ESSICK AIR PRODUCTS, INC.                      )
*Serve Registered Agent:*                      )
KEN F. CALHOON                                 )
ONE RIVERFRONT PLACE                           )
8TH FLOOR                                      )
NORTH LITTLE ROCK, AR 72114                    )
                                               )
AND                                            )
                                               )
JOHN DOE MANUFACTURER                          )
                                               )
AND                                            )
                                               )
LF, LLC                                        )
*Serve Registered Agent:*                      )
CSC-LAWYERS INCORPORATING                      )
SERVICE COMPANY                                )
221 BOLIVAR                                    )
JEFFERSON CITY, MO 65101                       )
                                               )
AND                                            )
                                               )
LOWE'S HOME CENTERS, LLC,                      )
*Serve Registered Agent:*                      )
CSC-LAWYERS INCORPORATING                      )
SERVICE COMPANY                                )
221 BOLIVAR                                    )
JEFFERSON CITY, MO 65101                       )
                                               )
            Defendants.                        )

## PETITION FOR WRONGFUL DEATH

**COME NOW** Plaintiffs, Andrew Porterfield and Cassandra Porterfield (hereinafter

"Plaintiffs"), by and through their undersigned counsel, and for their cause of action for

the wrongful death of their son, Maximus Odin Porterfield, against Defendants Danby

2

Products Inc., Danby Products Limited, New Widetech Industries Co., Ltd., Kaiping New Widetech Electric Co., Ltd., Love Star Industrial Co., Essick Air Products, Inc., John Doe Manufacturer, LF, LLC, and Lowe's Home Centers, LLC, state and aver to the Court as follows:

<u>GENERAL ALLEGATIONS COMMON TO ALL COUNTS</u>

1.      Plaintiffs are residents of Fair Play, Polk County, Missouri, and at all times relevant to this Petition were the lawful parents of Maximus Odin Porterfield (hereinafter "Decedent"), who died on or about August 6 or 7, 2017 as a result of the dangerous and defective product of Defendants herein.

2.      Upon information and belief, Defendant Danby Products, Inc. (hereinafter "Danby Inc.") is a Delaware corporation in good standing, with its principal place of business in Ohio, and is duly authorized to conduct business within the State of Missouri. It may be served with process as set forth above.

3.      Upon information and belief, Danby Products Limited (hereinafter "Danby Limited") is a Canadian Limited Company, with its principal place of business in Canada, but is not duly authorized to conduct business within the State of Missouri.  It may be served with process as set forth above.

4.      Upon information and belief, New Widetech Industries Co., Ltd. (hereinafter "New Widetech") is a Taiwan Limited Company, with its principal place of business in Taiwan, but is not duly authorized to conduct business within the State of Missouri.  It may be served with process as set forth above.

5.      Upon information and belief, Kaiping New Widetech Electric Co., Ltd. (hereinafter "Kaiping New Widetech") is a Chinese Limited Company, with its principal place of

business in China, but is not duly authorized to conduct business within the State of Missouri.  It may be served with process as set forth above.

6.      Upon information and belief, Love Star Industrial Co. (hereinafter "Love Star") is a Hong Cong Corporation, with its principal place of business in Hong Kong, but is not duly authorized to conduct business within the State of Missouri.  It may be served with process as set forth above.

7.      Upon information and belief, Essick Air Products, Inc. (hereinafter "Essick") is an Arkansas Corporation, with its principal place of business in Arkansas, but is not duly authorized to conduct business within the State of Missouri.  It may be served with process as set forth above.

8.      Defendant John Doe Manufacturer (hereinafter "John Doe") is of unknown residence.

9.      Upon information and belief LF, LLC (hereinafter "LF") is a Delaware limited liability company in good standing, with its principal place of business in North Carolina, but is not duly authorized to conduct business within the State of Missouri. It may be served with process as set forth above.

10.      Upon information and belief Lowe's Home Centers, LLC (hereinafter "Lowe's") is a North Carolina limited liability company in good standing, with its principal place of business in North Carolina, and is duly authorized to conduct business within the State of Missouri. It may be served with process as set forth above.

11.      Upon information and belief, the air conditioning unit at issue in this lawsuit was manufactured, designed, produced, and distributed by Danby Inc., Danby Limited, New

Widetech, Kaiping New Widetech, Love Star, Essick, John Doe, LF, and Lowe's (hereinafter collectively referred to as "Defendants").

12.    Upon information and belief, LF, LLC is owned in whole or in part by Lowe's.

13.    This action is brought pursuant to the provisions of the Missouri Wrongful Death Statute, MO. REV. STAT. § 537.080, *et. seq*., for which the courts of the State of Missouri have jurisdiction over the subject matter.

14.    The Court has personal jurisdiction over the parties herein, in that all such parties have minimum contacts with the forum sufficient to satisfy due process, and the occurrences alleged herein are arising out of those contacts with the forum.

15.    Venue is proper in that the events giving rise to the wrongful death alleged herein occurred in Dadeville, Cedar County, Missouri, and the Decedent was first injured therein.

16.    Plaintiffs are the lawful parents of Decedent and have standing to bring this claim as Class One Claimant, and on behalf of all Class One Claimants, under MO. REV. STAT. § 537.080.1(1).

17.    On or about the evening of August 6, 2017 to the morning of August 7, 2017, Decedent was sleeping in a room in which an IDYLIS Portable Air Conditioner, Item number 0625616 (hereinafter the "AC Unit") was in use at his aunt's home in or near Dadeville, Missouri.

18.    Sometime during the night, the exhaust vent coupling for the exhaust hose fell out of the unit, causing the hot exhaust from the unit to be disbursed into the small room.

5

19.　As a result of exhaust heating the room, the temperatures in the room reached a temperature of almost 140 degrees Fahrenheit, causing the Decedent's untimely death.

20.　Damages are in excess of $25,000.00.


### COUNT I — WRONGFUL DEATH - STRICT LIABILITY

**COME NOW** Plaintiffs, by and through their undersigned counsel, and for Count I of their cause of action against Defendants, states and avers to the Court as follows:

21.　Plaintiffs incorporate by reference each and every preceding paragraph of their Petition as if set forth more fully herein.

22.　Defendants created, manufactured, produced, advertised, and sold the AC Unit in the course of their business.

23.　The AC Unit was sold in a defective condition and was unreasonably dangerous when put to a reasonably anticipated use, in that:

　　a.　The heat exhaust hose could easily detach and allow hot air to fill the room trying to be cooled, without warning;

　　b.　The coupling attached to the AC Unit, to which the exhaust hose was to be attached, disconnected itself from the AC Unit, allowing hot exhaust to fill the room trying to be cooled, without warning;

　　c.　The AC Unit failed to have a kill switch or other similar device designed to shut off the AC Unit in the event of the detachment of the exhaust hose, the detachment of the coupling for the exhaust house, or any other necessary part of the AC Unit detached, allowing hot exhaust to fill the room trying to be cooled, without warning;

6

d.    The AC Unit failed to have an instrument designed to detect the ambient temperature in the space which it is located with a device designed to prevent the operation of the AC Unit over a set temperature, allowing hot exhaust to heat the room above and beyond temperatures upon which a reasonable person would anticipate the AC Unit to be effective.

24.    At the time of the Decedent's death, the AC Unit was being used in a manner that was reasonably anticipated, namely using the AC Unit to provide cool air to a room.

25.    Defendants, as designers, manufacturers, advertisers, distributers and sellers of the defective product are strictly liable for all damage directly and proximately caused by the AC Unit.

26.    Even though Defendants knew or should have known of the dangers associated with the AC Unit, they did not give adequate warning of the danger that the exhaust hose would detach and fill the room with very hot air.

27.    As a direct and proximate result of Defendants' dangerous and defective product, Decedent lost his life on or about August 6 or 7, 2017.

28.    Prior to August 6, 2017 Decedent was a healthy, active, able-bodied 2-year-old boy and was actively participating in family affairs.

29.    Plaintiffs are members of the class of persons entitled to bring this action pursuant to MO. REV. STAT. § 537.080.1(1), and are entitled further to bring such action for the use and benefit of themselves and all other class one beneficiaries entitled to recover pursuant to the provisions of the Missouri Wrongful Death statute.

30.    As a direct and proximate result of the dangerous and defective product of Defendants, Plaintiffs, as well as the remaining members of the family of Decedent,

have sustained damages and have been or will continue to be permanently deprived of the reasonable value of the society, service, affection, comfort, support, love, and companionship of Decedent, such as existed prior to the aforesaid wrongful death, and have suffered damages in the past and will continue to suffer damages in the future.

31.     As a direct and proximate result of the dangerous and defective product of Defendants, Plaintiffs have been forced to pay funeral and burial expenses for Decedent.

32.     Pursuant to MO. REV. STAT. § 537.080 and MO. REV. STAT. § 537.090, Plaintiffs, for and on behalf of Decedent, deceased, prays for such damages as Decedent could have recovered against Defendants had he not died.

33.     Pursuant to MO. REV. STAT. § 537.080 and MO. REV. STAT. § 537.090, Plaintiffs, for and on behalf of Decedent, deceased, pray for fair and reasonable damages and for his personal injuries and damage suffered after the aforesaid occurrence and prior to his death, along with all other damages allowed pursuant to Missouri law.

**WHEREFORE**, Plaintiffs pray this Court for Judgment on Count I of their Petition for the wrongful death of their son, Maximus Odin Porterfield, as against Defendants, for damages as are fair and reasonable, and according to statute, for costs and interest as allowable by Missouri law, and for any other and further relief as the Court deems just and proper in the premises.

<u>COUNT II—WRONGFUL DEATH - NEGLIGENCE</u>

**COME NOW** Plaintiffs, by and through their undersigned counsel, and for Count II of their cause of action against Defendants, states and avers to the Court as follows:

34.     Plaintiffs incorporate by reference each and every preceding paragraph of their Petition as if set forth more fully herein.

35.     Defendants created, manufactured, produced, advertised, distributed and sold the AC Unit in the course of their business.

36.     The AC Unit was sold with a latent defect and/or hazard and was unreasonably dangerous when put to a reasonably anticipated use, for all the reasons set forth in Count I, *supra*.

37.     At the time of the Decedent's death, the AC Unit was being used in a manner that was reasonably anticipated, namely using the AC Unit to provide cool air to a room.

38.     Defendants failed to use ordinary care to manufacture and/or design the AC Unit to be reasonably safe and are liable for all damages directly and proximately caused by the AC Unit.

39.     Defendants failed to warn of the known, or should have been known by using ordinary care, risk of harm from the hidden defect and/or hazard in that they did not warn the exhaust hose could become unattached and fill any room the AC Unit was in with dangerously hot air.

40.     Defendants had no reason to believe that the end user of the AC Unit would realize the danger posed by the product's defect and/or hazard.

41.     As a direct and proximate result of Defendants' negligence, Decedent lost his life on or about August 6 or 7, 2017.

42.     Prior to August 6, 2017 Decedent was a healthy, active, able-bodied 2-year-old boy and was actively participating in family affairs.

9

43.     Plaintiffs are members of the class of persons entitled to bring this action pursuant to MO. REV. STAT. § 537.080.1(1), and are entitled further to bring such action for the use and benefit of themselves and all other class one beneficiaries entitled to recover pursuant to the provisions of the Missouri Wrongful Death statute.

44.     As a direct and proximate result of the negligence/defective product of Defendants, Plaintiffs, as well as the remaining members of the family of Decedent, have sustained damages and have been or will continue to be permanently deprived of the reasonable value of the society, service, affection, comfort, support, love, and companionship of Decedent, such as existed prior to the aforesaid wrongful death, and have suffered damages in the past and will continue to suffer damages in the future.

45.     As a direct and proximate result of the dangerous/defective product of Defendants, Plaintiffs have been forced to pay funeral and burial expenses for Decedent.

46.     Pursuant to MO. REV. STAT. § 537.080 and MO. REV. STAT. § 537.090, Plaintiffs, for and on behalf of Decedent, deceased, prays for such damages as Decedent could have recovered against Defendants had he not died.

47.     Pursuant to MO. REV. STAT. § 537.080 and MO. REV. STAT. § 537.090, Plaintiffs, for and on behalf of Decedent, deceased, pray for fair and reasonable damages and for his personal injuries and damage suffered after the aforesaid occurrence and prior to his death, along with all other damages allowed pursuant to Missouri law.

**WHEREFORE**, Plaintiffs pray this Court for Judgment on Count II of their Petition for the wrongful death of their son, Maximus Odin Porterfield, as against Defendants, for damages as are fair and reasonable, and according to statute, for costs and interest as

10

allowable by Missouri law, and for any other and further relief as the Court deems just and proper in the premises.

LOWTHER JOHNSON
ATTORNEYS AT LAW, LLC

BY:  /s/ Randy J. Reichard
Randy J. Reichard
Missouri Bar Number 44560
B. Jacob Haskins
Missouri Bar Number 71920
901 St. Louis Street, 20th Floor
Springfield, MO 65806
Telephone:   417-866-7777
Fax:   417-866-1752
rreichard@lowtherjohnson.com
bhaskins@lowtherjohnson.com
*Attorneys for Plaintiffs*

**STUBBLEFIELD LAW, LLC**

BY:  /s/ Kory D. Stubblefield
Kory D. Stubblefield
Missouri Bar Number 58979
1903 E. Battlefield Road
Springfield, MO 65804
Telephone : 417-447-0697
Fax : 417-477-0698
kory@stubblefieldlawoffice.com
*Attorney for Plaintiffs*

11



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| vs. | |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: DANBY PRODUCTS, INC.

Alias:

CSC-LAWYERS INCORPORATING SER
221 BOLIVAR
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

**COURT SEAL OF CIRCUIT COURT OF MISSOURI**

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*/s/ Sarah Turner*

| 06-AUG-2020 | |
|---|---|
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                          Date                                          Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 20-SMCC-191*      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 15 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number:  20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE |
| Nature of Suit:<br>CC Wrongful Death | 113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:**   DANBY PRODUCTS LIMITED
**Alias:**

**5070 WHITELAW ROAD**
**GEUPLH, ON  N1H 6Z9**

*COURT SEAL OF*

*CEDAR COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action. */s/ Sarah Turner*

| 06-AUG-2020 | |
|---|---|
| Date | Clerk |

Further Information:

---

### Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ County, _____ (state), on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one)   ☐ the clerk of the court of which affiant is an officer.
                              ☐ the judge of the court of which affiant is an officer.
                              ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                              ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

---

**Service Fees**
Summons          $_____
Non Est          $_____
Mileage          $_____  (_____miles @ $ _____ per mile)
**Total**        $_____

**See the following page for directions to officer making return on service of summons.**

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 20-SMOS-23          1 of 2          **(20CD-CV00313)**          Rules 54.06, 54.07, 54.14, 54.20;<br>506.500, 506.510 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 16 of 43

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* **Document ID# 20-SMOS-23** 2 of 2 **(20CB-CV00313)** Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 6:21-cv-03114-BP Document 1-1 Filed 05/06/21 Page 17 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST  20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*<br>*8/6/2020*<br>*CIRCUIT-ASSOCIATE-PROBATE*<br>*MELINDA GUMM, CIRCUIT CLERK*<br>*CIRCUIT COURT CEDAR COUNTY*<br><br>(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   NEW WIDETECH INDUSTRIES CO, LTD.

Alias:

3F-2 NO 502 YUAN SHAN ROAD
TAIPEI
CHUNG HO CITY,  235

***COURT SEAL OF***

***CEDAR COUNTY***

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

06-AUG-2020                                                      */s/ Sarah Turner*
_____              _____
Date                                                                    Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)

   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                         ☐ the judge of the court of which affiant is an officer.
                         ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                         ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

See the following page for directions to officer making return on service of summons.

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 18 of 43

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Case 6:21-cv-03114-BP Document 1-1 Filed 03/06/21 Page 19 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | Case Number:  20CD-CV00313 |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE |
| Nature of Suit:<br>CC Wrongful Death | 113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   KAIPING NEW WIDETECH ELECTRIC CO., LTD.
Alias:

**FIRST BUILDING NO. 40**
**XING DA ROAD**
**Guangdong**
**SHUIKOU TOWN, KAIPIN,  235**

**COURT SEAL OF**

**CEDAR COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

06-AUG-2020                                        /s/ Sarah Turner
_____        _____
Date                                                          Clerk
Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                              ☐ the judge of the court of which affiant is an officer.
                              ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                              ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 20 of 43

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* **Document ID# 20-SMOS-25**    2 of 2 **(20CB-CV00313)**    Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 21 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | Case Number:  20CD-CV00313 |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:**   LOVE STAR INDUSTRIAL CO.
                                    **Alias:**
**FLAT F 19/F GOLD KING IND.**
**BLDG. 34-41, TAI LIN PAI ROAD**
**HONG KONG**
**N. T.,  U/K**

**COURT SEAL OF**

**CEDAR COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

06-AUG-2020                                            */s/ Sarah Turner*
_____          _____
Date                                                          Clerk

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1.  I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2.  My official title is _____ of _____ County, _____ (state).
3.  I have served the above summons by:  (check one)
    - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
    - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
    - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
    - ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                        ☐ the judge of the court of which affiant is an officer.
                        ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                        ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 22 of 43

# Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 23 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | Case Number:  20CD-CV00313 |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address:<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to:   ESSICK AIR PRODUCTS, INC.
                            **Alias:**

**C/O KEN CALHOON
ONE RIVERFRONT PLACE, 8TH FLOO
NORTH LITTLE ROCK, AR  72114**

**COURT SEAL OF**

*CEDAR COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

| 06-AUG-2020 | */s/ Sarah Turner* |
|---|---|
| Date | Clerk |

Further Information:

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by:  (check one)
   - ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   - ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   - ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   - ☐ other: _____.

Served at _____ (address)

in _____County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).

I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| **Service Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____  (_____miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 24 of 43

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 25 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number:  20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br> DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE |
| Nature of Suit:<br>CC Wrongful Death | 113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  **JOHN DOE MANUFACTURER**
**Alias:**

UNKNOWN
UNKNOWN, MO  00000

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**                  */s/ Sarah Turner*

———————————————  ————————————————————————
06-AUG-2020
Date                                                                                 Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of
15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server                                       Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
                                         Subscribed and sworn to before me on _____ (date).
     *(Seal)*
                                         My commission expires: _____           _____
                                                                                          Date                                          Notary Public

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: **Document Id # 20-SMCC-192**      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 26 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20CD-CV00313 |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET |
| Nature of Suit:<br>CC Wrongful Death | P O BOX 665<br>STOCKTON, MO 65785 |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: LF, LLC
Alias:

CSC-LAWYERS INCORPORATING SERV
221 BOLIVAR
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

**CEDAR COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*/s/ Sarah Turner*

06-AUG-2020
_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                              Date                                      Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 20-SMCC-193          1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 27 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20CD-CV00313 |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| vs. | |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*8/6/2020*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:   LOWE'S HOME CENTERS, LLC
                            Alias:

CSC-LAWYERS INCORPORATING SERV
221 BOLIVAR
JEFFERSON CITY, MO  65101

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.** */s/ Sarah Turner*

| 06-AUG-2020 | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____         _____
                        Date                                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 20-SMCC-194     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 28 of 43

**IN THE CIRCUIT COURT OF CEDAR COUNTY, MISSOURI**

| | | |
|---|---|---|
| ANDREW AND CASSANDRA PORTERFIELD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 20CD-CV00313 |
| DANBY PRODUCTS INC., | ) ) | |
| DANBY PRODUCTS LIMITED, | ) ) | |
| NEW WIDETECH INDUSTRIES CO., LTD. | ) ) ) | |
| KAIPING NEW WIDETECH ELECTRIC CO., LTD. | ) ) ) | |
| LOVE STAR INDUSTRIAL CO. | ) ) ) | |
| ESSICK AIR PRODUCTS, INC. | ) ) | |
| JOHN DOE MANUFACTURER | ) ) | |
| LF, LLC | ) ) | |
| LOWE'S HOME CENTERS, LLC, | ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFFS

**COMES NOW** the undersigned and hereby enters his appearance as co-counsel on behalf of Plaintiffs in the above-referenced matter.

**STUBBLEFIELD LAW, LLC**

By :_____
Kory D. Stubblefield
Missouri Bar Number 58979
1903 E. Battlefield Road
Springfield, MO 65804

1

Electronically Filed - Cedar - August 10, 2020 - 04:41 PM

Telephone : 417-447-0697
Fax : 417-477-0698
kory@stubblefieldlawoffice.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was served on all parties of record via CaseNet on this 7th day of August, 2020.

By : _____
Kory D. Stubblefield

2



CO-FOUNDER
THEODORE L. JOHNSON, III

MEMBERS
CRAIG F. LOWTHER
MICHAEL K. CULLY [1]
JOHN W. HOUSLEY
DAVID A. FIELDER
GLENN P. GREEN
THOMAS M. BENSON
RANDY J. REICHARD
LEE J. VIOREL
RUSSELL W. COOK [1,2]
MATHEW L. PLACZEK
AARON M. KLUSMEYER
KYLE HARMON
GREGGORY D. GROVES
N. AUSTIN FAX
ADLAI GROVES

ASSOCIATES
AIMEE L. MORRISON
MEGAN N. CRESON
KENNETH A. BECK
KEVIN A. SCHARF
B. JACOB HASKINS

OFFICE MANAGER
MEGAN CAUDILL

[1] ALSO ADMITTED IN ARKANSAS
[2] ALSO ADMITTED IN KANSAS

DIRECT EMAIL

901 ST. LOUIS STREET
20TH FLOOR
SPRINGFIELD, MISSOURI
65806-2592
TELEPHONE :
(417) 866-7777 EXT
FACSIMILE :
(417) 866-1752

WEB
www.lowtherjohnson.com

April 7, 2021

**VIA E-FILE**

Cedar County Circuit Clerk
Attn: Stacie Spurgeon
PO Box 665
Stockton, MO 65785

RE: **Andrew and Cassandra Porterfield v. Danby Products, Inc., et al**
**Cedar County Case No. 20CD-CV00313**
**Wrongful Death of Maximus Porterfield**
**Date of Loss: 8/7/2017**
Matter ID 34660-000

Dear Ms. Spurgeon:

Please issue an alias summons for each Defendant for service by mail in the above referenced matter.

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Very truly yours,

LOWTHER JOHNSON
Attorneys at Law, LLC

Belinda J Guinn
Legal Assistant to Randy Reichard '

/bjg

*PX272195*



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| vs. | |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*4/7/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to: DANBY PRODUCTS, INC.
  Alias:
**CSC-LAWYERS INCORPORATING SER**
**221 BOLIVAR**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

07-APR-2021
_____
Date

*/s/ Sarah Turner*
_____
Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-88      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 32 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| vs. | |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*4/7/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to: **DANBY PRODUCTS LIMITED**
**Alias:**

**5070 WHITELAW ROAD
GEUPLH, ON N1H 6Z9**

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

07-APR-2021                     */s/ Sarah Turner*
—————————————          —————————————
Date                                Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                    Date                              Notary Public

| | |
|---|---|
| **Sheriff's Fees, if applicable** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 21-SMCC-89     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 33 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| vs. | |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
4/7/2021
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: **NEW WIDETECH INDUSTRIES CO, LTD.**
**Alias:**

3F-2 NO 502 YUAN SHAN ROAD
TAIPEI
CHUNG HO CITY, 235

*COURT SEAL OF*

*CEDAR COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*/s/ Sarah Turner*

07-APR-2021

Date            Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____      _____
Date          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 21-SMCC-90    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 34 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET |
| Nature of Suit:<br>CC Wrongful Death | P O BOX 665<br>STOCKTON, MO  65785 |

*FILED*
*4/7/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to:   KAIPING NEW WIDETECH ELECTRIC CO., LTD.
                            Alias:

FIRST BUILDING NO. 40
XING DA ROAD
Guangdong
SHUIKOU TOWN, KAIPIN,  235

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| | |
|---|---|
| 07-APR-2021 | */s/ Sarah Turner* |
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server
                    **Must be sworn before a notary public if not served by an authorized officer:**
                    Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____        _____
                                    Date                                Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only: Document Id # 21-SMCC-91*        1 of 1        Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 35 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |

| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 | *FILED*<br>*4/7/2021*<br>*CIRCUIT-ASSOCIATE-PROBATE*<br>*MELINDA GUMM, CIRCUIT CLERK*<br>*CIRCUIT COURT CEDAR COUNTY* |
|---|---|---|
| vs. | | |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE | |
| Nature of Suit:<br>CC Wrongful Death | 113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 | (Date File Stamp) |

## ALIAS Summons in Civil Case

The State of Missouri to: LOVE STAR INDUSTRIAL CO.
Alias:

**FLAT F 19/F GOLD KING IND.**
**BLDG. 34-41, TAI LIN PAI ROAD**
**HONG KONG**
**N. T., U/K**

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| 07-APR-2021 | */s/ Sarah Turner* |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
                         Date                        Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-92    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 36 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*4/7/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to: ESSICK AIR PRODUCTS, INC.
        Alias:

C/O KEN CALHOON
ONE RIVERFRONT PLACE, 8TH FLOO
NORTH LITTLE ROCK, AR 72114

*COURT SEAL OF*

*CEDAR COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| 07-APR-2021 | */s/ Sarah Turner* |
|---|---|
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____         _____
                                    Date                                Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-93    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 37 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number: 20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Wrongful Death | |

***FILED***
***4/7/2021***
***CIRCUIT-ASSOCIATE-PROBATE***
***MELINDA GUMM, CIRCUIT CLERK***
***CIRCUIT COURT CEDAR COUNTY***

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to: **JOHN DOE MANUFACTURER**
**Alias:**

UNKNOWN
UNKNOWN, MO 00000

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

07-APR-2021 _____ */s/ Sarah Turner*
Date                                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
         Printed Name of Sheriff or Server                    Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
                                              Subscribed and sworn to before me on _____ (date).
         *(Seal)*
                                              My commission expires: _____      _____
                                                                              Date                           Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only*: Document Id # 21-SMCC-94     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 38 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | **Case Number:  20CD-CV00313** |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST  20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br> DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET |
| Nature of Suit:<br>CC Wrongful Death | P O BOX 665<br>STOCKTON, MO  65785 |

*FILED*
*4/7/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to:   LF, LLC
                    Alias:

**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*/s/ Sarah Turner*

07-APR-2021
_____
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                                          Date                                    Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-95     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05,
                                                                                      54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 39 of 43



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20CD-CV00313 |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*4/7/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to: **LOWE'S HOME CENTERS, LLC**
**Alias:**
**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR**
**JEFFERSON CITY, MO 65101**

*COURT SEAL OF*

*CEDAR COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**  */s/ Sarah Turner*

07-APR-2021
_____    _____
Date                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                          Date                                      Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-96      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 6:21-cv-03114-BP   Document 1-1   Filed 05/06/21   Page 40 of 43



## IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

RECEIVED

APR 1 2 2021

COLE COUNTY
SHERIFF'S OFFICE

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20CD-CV00313 |
| --- | --- |
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET |
| Nature of Suit:<br>CC Wrongful Death | P O BOX 665<br>STOCKTON, MO  65785 |

FILED
4/7/2021
CIRCUIT-ASSOCIATE-PROBATE
MELINDA GUMM, CIRCUIT CLERK
CIRCUIT COURT CEDAR COUNTY

(Date File Stamp)

### ALIAS Summons in Civil Case

**The State of Missouri to:** DANBY PRODUCTS, INC.
**Alias:**

CSC-LAWYERS INCORPORATING SER
221 BOLIVAR
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

*You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.*

**CEDAR COUNTY**

07-APR-2021
_____
Date

*/s/ Sarah Turner*
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
Shelley Lewis (name) Designee (title).

☐ other:_____.

Served at 350 E. High St (Lobby) (address)

in Cole (County/City of St. Louis), MO, on 4/14/21 (date) at 8:00 AM (time).

Sheriff _____

Printed Name of Sheriff or Server

By Cpl. Tiffany Thurman
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date _____ Notary Public

FILED

APR 2 0 2021

CIRCUIT-ASSOCIATE-PROBATE
Circuit Court Cedar County, Mo.

| Sheriff's Fees, if applicable | |
| --- | --- |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

RECEIVED

APR 12 2021

COLE COUNTY
SHERIFF'S OFFICE

FILED
4/7/2021
CIRCUIT-ASSOCIATE-PROBATE
MELINDA GUMM, CIRCUIT CLERK
CIRCUIT COURT CEDAR COUNTY

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20CD-CV00313 |
|---|---|
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST 20TH F<br>SPRINGFIELD, MO 65806-2505 |
| Defendant/Respondent:<br>DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE |
| Nature of Suit:<br>CC Wrongful Death | 113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO 65785 |

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to: LF, LLC
**Alias:**
**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR**
**JEFFERSON CITY, MO 65101**

**COURT SEAL OF**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**                    */s/ Sarah Turner*

07-APR-2021
_____     _____
Date                                              Clerk

**CEDAR COUNTY**

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Shelley Lewis (name) Developee (title).
☐ other: _____.

Served at 350 E. High St. (lobby) (address)
in Cole (County/City of St. Louis), MO, on 4/14/21 (date) at 8:00AM (time).

_____     By Cpl. Tiffany Thurman
Printed Name of Sheriff or Server              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____
Date _____ Notary Public

FILED
APR 20 2021
CIRCUIT-ASSOCIATE-PROBATE
_____, Circuit Clerk
Circuit Court Cedar County, Mo.

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $   10.00 |
| Mileage | $_____ ( _____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-95**          1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 28TH JUDICIAL CIRCUIT, CEDAR COUNTY, MISSOURI

RECEIVED

APR 12 2021

COLE COUNTY
SHERIFF'S OFFICE

| Judge or Division:<br>DAVID R. MUNTON | Case Number: 20CD-CV00313 |
|---|---|
| Plaintiff/Petitioner:<br>ANDREW RYAN PORTERFIELD<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RANDALL JOHN REICHARD<br>901 E SAINT LOUIS ST   20TH F<br>SPRINGFIELD, MO  65806-2505 |
| Defendant/Respondent:<br> DANBY PRODUCTS, INC. | Court Address:<br>CEDAR COUNTY COURTHOUSE<br>113 SOUTH STREET<br>P O BOX 665<br>STOCKTON, MO  65785 |
| Nature of Suit:<br>CC Wrongful Death | |

*FILED*
*4/7/2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*MELINDA GUMM, CIRCUIT CLERK*
*CIRCUIT COURT CEDAR COUNTY*

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to:  LOWE'S HOME CENTERS, LLC
Alias:

**CSC-LAWYERS INCORPORATING SERV**
**221 BOLIVAR**
**JEFFERSON CITY, MO  65101**

*COURT SEAL OF*

**CEDAR COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*/s/ Sarah Turner*

07-APR-2021
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: X *Shelley Cecas* (name) *Designee* (title).

☐ other: _____.

Served at *350 E. High St (Lobby)* (address)

in *Cole* (County/City of St. Louis), MO, on *4/14/21* (date) at *8:00AM* (time).

*Sheriff*                    *Al E. Wheatal*    By *Cpl. Tiffany Thurman*
          Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                                    Date                              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $_____ |
| Total | $_____ |

*FILED*
*APR 20 2021*
*CIRCUIT-ASSOCIATE-PROBATE*
*Melinda Gumm, Circuit Clerk*
*Circuit Court Cedar County, Mo.*

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.